United States District Court for the Eastern District of VA. At Alexandria, VA.

Tyrone Hurt,
(202)546-1513
801 Penn. Ave. C.C.
W.D.C.
20003 Plaintiff,

vs.

Clinton, et. al.,
Nos. 07-5013;
07-5039;
U.S.D.C. for the D.C.,
and
U.S.C.A. for the D.C.
Cir.;

and

Falun Gong Practioners'
of China;

Defendants/
Respondents/

FILED
AUG 29 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Civil Action
No. 1:08cv918
    LMB/TRJ

## Complaint.

1. Jurisdiction of this Honorable Court is pursuant to Title 42, Section 1983, U.S.C., Title 28 Section 1331 & 1332, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive of interest and cost.

3. I am a citizen of the D.C.

4. I demand a Trial by a Jury on all the issues involved.

Statement of the Facts,
Memorandum of Laws.

1. The Plaintiff respectfully states that to See! exhibit attached hereto & of, herein! The Chinese Communist Party - (CCP) or any other alleged Communist Party - only - mean - in - the - American Dictionary of government, or, of, the American Dictionary, word, meaning, of, political! it's meaning of gov't. Note! that U.S. Clinton, et.al., as said attacks upon Falun Gong Practioners!, are in violation of the First (1st.) and Eighth (8th) Amendment Rights to the U.S. Constitution, (1776-1789-).

So, therefore, the Plaintiff respectfully states that since said World Order, violations and Human Rights violations, said Honorable Crt, should utilize the First (1st.) Amendment Right to the U.S. Constitution, in the immediate airing of the truth, about, Falun Gong, & it's non-violent,

Spiritual, nature, in accordance to the Fifth (5th) First (1st.) Amendment Right to the U.S. Constitution, (1776-1789-) and the Airing to the _Free World_, At such. Moreover, the Plaintiff respectfully states that said malicious interference, ignorance, by then, sitting, _President of the U.S., William D. Clinton, et.al._, as elected, upon the _Voting Right Amendment to the U.S.C._, was in violation of _World Order_, because at that time there was a _Dictator_, in opposition of _Falun Gong_, within _China_, and at the cordial invitation, stop the (Spirit killings of _Falun Gong_, practioners, which was now, in accordance to their will and others, et.al., of 'GODS' will. Aite! _The illegal and unconstitutionality of the Invasion of Iraq, (2000)_, Whereas, upon, this _Nation, (U.S.A.)_, has consistently and consitantly violates the American People's' (as taxpayer) constitutional right. Aike! _Before, and After, Viet Nam Conflict, (1965-1975) and it" true. Aftermath_. So, therefore, the Plaintiff Respectfully states that the unharmful practice of _Falun Gong_ practioners', were of no concern of, and to _Former-President of the U.S., William D. Clinton, et.al.,_ but for the voice commands of stop, to, said persecution,

(4.)

Killings of millions of people practicing Falun Gong, which could pertain to stop such killings, by this Nation, (U.S.A.), is in violation of world ORDER.

## Memorandum of Law

1. feel U.S. Constitution, (1776-1789-) as adopted.

note: World ORDER, violations, that needs to be rectified by this Nation (U.S.A.), et. al., of the truth concerning Falun Gong and its practitioners; and Humanitarian, efforts by this Nation, (U.S.A.), as soon as possible.

## Reliefs

1. The Plaintiff seeks the immediate and urgent release of the truth concerning Falun Gong, and its practitioners of such, through, the First (1st) Amendment Right to the U.S. Constitution, (1776-1789-) and Plaintiff seeks Article II, Section 1, of the U.S. Constitution, confirmation of Falun Gong Practitioners', to be precisely bestowed world-wide, with World ORDER, recognization.

Affidavit of Poverty,
Pursuant to Title 28,
Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, and through, Haines vs. Kerner, (1972), and respectfully states that because of my poverty, that I am unable to pre-pay the said costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I now seek.

Certification of Service,

I, Tyrone Hurt, the Plaintiff, and through, Haines vs. Kerner, (1972), and respectfully states that I have upon this 23rd, day of July, 08, have sent the foregoing complaint, to the U.S. Dist. Ct. for the Eastern Dist. of Va., to make service upon the Atty. for the defendants and/or its proper representatives.

Respectfully Submitted,
/s/ Tyrone Hurt
Plaintiff, Pro-Se
(Haines vs. Kerner)
(1972).