# Falun Gong Practitioners Endure, Despite Attacks

**By JOSHUA PHILIPP**
*Epoch Times Staff*

FLUSHING, New York City—Chinese signs protrude from the sides of buildings lining the streets, the smell of fish and fried food fills the air. As a self-made second Chinatown in this great melting pot, the crowded streets of Flushing are about as close as you can get to Beijing in the United States, and with the recent string of attacks against Falun Gong practitioners, this has become even truer.

The attacks began on May 17 near the Flushing Library. Practitioners of Falun Gong were at a booth set up to help Chinese withdraw from the Chinese Communist Party (CCP). Mobs of over 200 Chinese showed up, some waving red communist flags, and spat on, cursed, and physically and verbally attacked Falun Gong practitioners who were present.

The attacks were, in part, spurred by CCP-controlled media, which spread fabricated information that Falun Gong practitioners had prevented funds from reaching the victims of the Sichuan earthquake and "do not love China." Later reports showed evidence of outside influence and of organization in the mob. The World Organization for the Investigation of the Persecution of Falun Gong (WOIPFG) investigated the incidents, and released a voice recording of New York Chinese Consul General Keyu Peng, in which he admits to having encouraged the incident.

Despite the attacks, Falun Gong practitioners in Flushing have continued to hand out printed materials that clarify the situation.

"Some people do say bad things to me, but with them I usually don't say anything back," said Victoria Wu, a high school teacher and Falun Gong practitioner who came to Flushing to pass out informational leaflets about the

*PLEASE SEE FLUSHING ON A2*



UNDETERRED: A Falun Gong practitioner hands out free editions of Chinese-language Epoch Times that explain the events in Flushing as well as facts about the persecution of Falun Gong. THE EPOCH TIMES