

Mr. Tyrone Hutt
(621)546-1512
1011 Pennsylvania Ave
W.B.C. 20003

RECEIVED MAILROOM
AUG 29 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To: Clerk,
U.S. Dist Ct. for the
Eastern Dist. of VA.,
401 Courthouse Square,
VA.,
pt. Alexandria, VA.,
22134