FILED: June 4, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 08-2212 (L)
(1:08-cv-00808-LMB-TCB)



TYRONE HURT,

    Plaintiff - Appellant

v.

EIGHTH AMENDMENT TO THE U.S. CONSTITUTION; MARY SURRALT; SANDRA DAY O'CONNOR,

    Defendants - Appellees

M A N D A T E

The judgment of this Court, entered 3/13/2009, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk